1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN G. FORD,

11             Plaintiff,                    No. CIV S-09-2551 KJM P

12        vs.

13   CONTRA COSTA PUBLIC
     DEFENDER, et al.,

14
             Defendants.                     ORDER
15   _____/

16          Plaintiff, a county inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff has not filed a request to proceed in forma pauperis or

18   paid the filing fee.

19          The federal venue statute requires that a civil action, other than one based on

20   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if

21   all defendants reside in the same State, (2) a judicial district in which a substantial part of the

22   events or omissions giving rise to the claim occurred, or a substantial part of property that is the

23   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

24   there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

25          In this case, the defendants are located and the claim arose in Contra Costa

26   County, which is in the Northern District of California.  Therefore, plaintiff's claim should have

1

1    been filed in the United States District Court for the Northern District of California.  In the

2    interest of justice, a federal court may transfer a complaint filed in the wrong district to the

3    correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

4    1974).

5            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

6    United States District Court for the Northern District of California.

7    DATED: October 1, 2009.

8    _____
     U.S. MAGISTRATE JUDGE
9

10   4/kly
     ford2551.21a
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26